HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

JS-6

Attorneys for Petitioner
JOSEPH CORNELL WHITFIELD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH CORNELL WHITFIELD,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CV 16-4068-JFW<br><br>Case No. CR 13-00126-JFW<br><br>**ORDER DISMISSING MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

For good cause shown, Mr. Whitfield's Motion to Vacate, filed pursuant to 28 U.S.C. § 2255, is DISMISSED.

DATED: November 15, 2016

_____
HON. JOHN F. WALTER
United States District Judge

Presented by:

/s/ *Brianna Fuller Mircheff*
Brianna Fuller Mircheff
Deputy Federal Public Defender